STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959
Email:       *lacalendar@stroock.com*

Attorneys for Defendant
  CHASE BANK USA, N.A., erroneously sued as
  JPMORGAN CHASE BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| REYNALDO LLAMAS,<br><br>             Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; JPMORGAN CHASE BANK; TD BANK USA, NATIONAL ASSOCIATION and DOES 1 through 100 inclusive,<br><br>             Defendants. | Case No. 5:16-cv-02164-EJD<br><br>**STIPULATION TO FURTHER CONTINUE DEADLINE FOR DEFENDANT CHASE BANK USA, N.A. TO RESPOND TO COMPLAINT FROM JUNE 14, 2016, TO JUNE 28, 2016, PURSUANT TO LOCAL RULE 6-1** |

Plaintiff Reynaldo Llamas ("Plaintiff") and Defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on April 22, 2016 (Dkt. No.1);

WHEREAS, the current deadline for Chase to respond to the Complaint is June 14, 2016;

WHEREAS, pursuant to Local Rule 6-1 the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the parties agree to further continue the deadline for Chase to file and serve a response to the Complaint by two (2) weeks, to and including June 28, 2016, to allow Chase additional time to investigate the allegations in the Complaint;

WHEREAS, an additional two-week extension of time for Chase to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by Plaintiff's undersigned counsel, and Chase, by its undersigned counsel, that the deadline for Chase to respond to the Complaint shall be further continued from June 14, 2016 to June 28, 2016.

Dated:  June 14, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: _____/s/ Julieta Stepanyan_____
         Julieta Stepanyan

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued as JPMorgan Chase Bank

- 1 -

LA 51995340

Dated:  June 14, 2016

SAGARIA LAW- A PROFESSIONAL CORPORATION

By: _____*/s/ Elliot Gale*_____
          Elliot W. Gale

ELLIOT W. GALE
Egale@sagarialaw.com
SAGARIA LAW- A PROFESSIONAL CORPORATION
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone:  (408) 279-2288
Facsimile:  (408) 279-2299

Attorney for Plaintiff
    REYNALDO LLAMAS

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the content of this document is acceptable to Elliot Gale, counsel for Plaintiff, and that I have obtained Mr. Gale's authorization to affix his electronic signature to this document.

Dated: June 14, 2016

*/s/ Julieta Stepanyan*
Julieta Stepanyan

# CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2016, copies of the foregoing **STIPULATION TO FURTHER CONTINUE DEADLINE FOR DEFENDANT CHASE BANK USA, N.A. TO RESPOND TO COMPLAINT FROM JUNE 14, 2016, TO JUNE 28, 2016, PURSUANT TO LOCAL RULE 6-1** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By: _/s/ Julieta Stepanyan_
Julieta Stepanyan

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

CERTIFICATE OF SERVICE
Case No. 5:16-cv-02164-EJD

LA 51995340