1  SAGARIA LAW, P.C.
SCOTT J. SAGARIA (State Bar No. 217981)
2  ELLIOT W. GALE (State Bar No. 263326)
JOE B. ANGELO (State Bar No. 268542)
3  SCOTT M. JOHNSON (State Bar No. 287182)
2033 Gateway Place, 5th Floor
4  San Jose, CA 95110
Telephone:  (408) 279-2288
5  Facsimile:  (408) 279-2299

6  Attorneys for Plaintiff
    REYNALDO LLAMAS
7

8

9                  **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11                     **SAN JOSE DIVISION**

| | |
|---|---|
| 12  REYNALDO LLAMAS, | Case No. 5:16-cv-02164-EJD |
| 13  Plaintiff, | [Assigned to the Hon. Edward J. Davila] |
| 14  vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| 15  EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; JPMORGAN CHASE BANK; TD BANK USA, NATIONAL ASSOCIATION and DOES 1 through 100 inclusive, | **OF CHASE BANK USA, N.A., ERRONEOUSLY SUED AS JPMORGAN CHASE BANK, WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a) AND [PROPOSED] ORDER** |
| 18  Defendants. | |

LA 51998279

1    **PLEASE TAKE NOTICE** that Plaintiff Reynaldo Llamas ("Plaintiff"), through his

2  counsel of record, hereby voluntarily dismisses all claims in this action *with prejudice* as to

3  defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), pursuant

4  to Fed. R. Civ. P. 41(a)(1).  Chase has neither answered Plaintiff's Complaint, nor filed a motion

5  for summary judgment.  Each party shall bear his/its own attorneys' fees and costs.

6

7  Dated:  July 20, 2016                    SAGARIA LAW, P.C.
                                            SCOTT J. SAGARIA
                                            ELLIOT W. GALE
8                                           JOE B. ANGELO
                                            SCOTT M. JOHNSON
9

10                                          By:  _____
                                                 */s/ Elliot Gale*
                                                 Elliot Gale
11

12                                          Attorneys for Plaintiff
                                            REYNALDO LLAMAS
13

14

15                          **[PROPOSED] ORDER**

16        Pursuant to the voluntary dismissal filed by Plaintiff, Chase Bank USA, N.A., erroneously

17  sued as JPMorgan Chase Bank, is dismissed with prejudice.  IT IS SO ORDERED.

18  Date:  __7/21/2016__          By:  _____
                                       Hon. Edward J. Davila
19                                     Judge of the United States District Court
                                       Northern District of California
20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A. WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 5:16-cv-02164-EJD

LA 51998279